UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 10: 59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Marcus Javier ALVARADO-Lozano,<br><br>　　　　　　Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States<br><br>'08 MJ 2281 |

The undersigned complainant, being duly sworn, states:

On or about **July 26, 2008**, within the Southern District of California, defendant, **Marcus Javier ALVARADO-Lozano**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **JULY 2008.**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
**Marcus Javier ALVARADO-Lozano**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 26, 2008, Border Patrol Agent J. Nesbit was working assigned duties as part of the Imperial Beach All Terrain Vehicle Unit near the area known as W-15. This area is approximately five miles west of the San Ysidro, California Port of Entry adjacent to the United States/Mexico International Boundary Fence. At approximately 12:10 AM, Agent Nesbit responded to a call from the West Scope Operator, Border Patrol Agent B. Audette who stated he was observing three individuals running north on the beach one half mile north of the United States/Mexico International Boundary fence.

Upon Agent Nesbit arrival all three individuals ran in different directions. Agent Nesbit identified himself as a United States Border Patrol Agent and attempted to stop one subject who was later identified as the defendant **Marcus Javier ALVARADO-Lozano**. The defendant ignored Agent Nesbit commands to stop and ran away from him. Because of the time of night, and the close proximity to the International Boundary Fence Agent Nesbit believed this individual was making an illegal entry into the United States.

Agent Nesbit pursued the defendant from behind and fell to the ground landing on his back near the surf line. Agent Nesbit reached for the defendant's hands attempting to position them on the small of his back for handcuffing. The defendant pulled his hands to his chest. Agent Nesbit ordered the defendant to stop resisting arrest. The defendant refused. The defendant attempted to push Agent Nesbit off him in an attempt to stand. The defendant told Agent Nesbit to let him go and get off him. The defendant grabbed at Agent Nesbit arms and tried to pull him to the ground.

The defendant continued to actively resist arrest and was able to get to his feet and get into a bladed fighting stance. Agent Nesbit wrestled the defendant down from a standing position to his hands and knees and reached for his handcuffs. Agent Nesbit attempted to cuff the defendant right wrist. The defendant was able to grab the handcuffs and pulled them from Agent Nesbit's grip. The defendant threw the handcuffs approximately thirty feet away onto the sand. Agent Nesbit had an opportunity to reach for his radio microphone and call for assistance.

Agent Nesbit reached for his Agency issued OC Spray and sprayed the defendant in the face with a two second burst. This had no effect on the defendant, who began kicking Agent Nesbit with his feet and striking him with his elbows.

The defendant grabbed Agent Nesbit ATV helmet and pulled his head down and struck Agent Nesbit in the chest with his fist. Agent Nesbit was able to strike the defendant once in the face. The defendant now yelled "okay, it's on" and struck Agent Nesbit on the chin guard of his helmet. Border Patrol Agent A. Rodriquez arrived and both Agents were finally able to subdue the defendant and handcuff him.

Border Patrol Agent M. Jiron arrived on scene and identified himself to the defendant as a Border Patrol Agent and questioned him as to his citizenship. The defendant stated he is a citizen and national of Mexico. Agent Jiron asked the defendant if he possessed any immigration documents that would allow him to enter or remain in the United States legally. The defendant stated "yes". Agent Jiron asked the defendant to produce these documents. The defendant then admitted he did not possess any documents that would allow him to enter or remain in the United States legally and that he was in fact illegally present in the United States. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.