1 **ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
2 The Senator Building
105 West "F" Street 3rd Floor
3 San Diego, California 92101
Telephone: (619) 236-1704
4

5 Attorney for Marcus Alvarado-Lozano

6

7 UNITED STATES MAGISTRATE COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (**HONORABLE JAN M. ADLER**)

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | CASE NO. 08mj2281 |
| 11 Plaintiff, | DATE: August 7, 2008 |
| | TIME: 2:00 p.m. |
| 12 v. | |
| | NOTICE OF MOTION AND |
| 13 | MOTION TO ALLOW DEFENDANT'S |
| | COUNSEL OR HIS REPRESENTATIVE |
| 14 **MARCUS ALVARADO-LOZANO**, | TO ENTER THE MCC SAN DIEGO |
| | WITH RECORDER/CAMERA |
| 15 Defendant. | EQUIPMENT |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, ASSISTANT UNITED STATES
         ATTORNEY JAMES MELENDRES
18

19     The above-named defendant, Marcus Alvarado-Lozano, by and through counsel, moves this Court

20 for an order allowing his counsel, Anthony E. Colombo Jr., or a representative from Mr. Colombo's office,

21 to enter the Metropolitan Correctional Center San Diego located at 808 Union Street with a recorder/camera

22 to document the injuries that Mr. Alvarado-Lozano suffered at the time of his arrest.

23 //

24 //

25 //

26 //

27 //

28 //

**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building
105 West "F" Street 3rd Floor
San Diego, California 92101
Telephone: (619) 236-1704

Attorney for Marcus Alvarado-Lozano

UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JAN M. ADLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,                  )<br>                                                                    )<br>          Plaintiff,                                        )<br>                                                                    )<br>v.                                                                )<br>                                                                    )<br>                                                                    )<br>                                                                    )<br>**MARCUS ALVARADO-LOZANO**,         )<br>                                                                    )<br>          Defendant.                                   )<br>_____ ) | CASE NO. 08mj2281<br><br>DATE:  August 7, 2008<br>TIME:   2:00 p.m.<br><br><br>POINTS AND AUTHORITIES<br>IN SUPPORT OF MOTION TO<br>ALLOW |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, AND ASSISTANT UNITED STATES ATTORNEY JAMES MELENDRES.

**I.**

**STATEMENT OF FACTS**

On July 26, 2008, Mr. Alvarado-Lozano allegedly illegally attempted to enter the United States after having been deported. During his arrest he was assaulted by the arresting officer who punched Mr. Alvarado-Lozano in the face with a set of handcuffs causing a laceration over Mr. Alvarado-Lozano's left eye which required 15 stitches to close. In addition, during the arrest Mr. Alvarado-Lozano was shot in the right thigh by a second officer with some type of assault weapon that projected a rubber projectile. This weapon caused a bruise on Mr. Alvarado-Lozano's right thigh that is the circumference of a basketball.

On August 1, 2008, Mr. Alvarado-Lozano was visited by his counsel. As a result of this visit, Mr.

1  Alvarado-Lozano's counsel contacted his investigator, and requested that his investigator comply with MCC
2  regulations and request that he be allowed to enter the MCC with recording equipment to document Mr.
3  Alvarado-Lozano's injuries. Mr. Colombo's investigator then went to the MCC, complied with the MCC's
4  regulations, and brought the necessary paperwork to the warden's office for approval.[1] The warden's office
5  advised Mr. Colombo's investigator these types of requests are denied automatically as "routine."

## II.

## ARGUMENT

Mr. Alvarado-Lozano has a Fifth Amendment right to due process of law, and a Sixth Amendment right to a fair trial. Preventing Mr. Alvarado-Lozano from documenting the injuries he suffered during the course of his arrest would deny him both the right to due process, and the right of a fair trial. Therefore, Mr. Alvarado-Lozano requests that the court order the MCC to allow Mr. Colombo, or his representative to enter the MCC with recorder/camera equipment to document Mr. Alvarado-Lozano's injuries.

Respectfully Submitted,

*/s/ Anthony E. Colombo Jr.*

Dated: August 1, 2008

**ANTHONY E. COLOMBO JR.**
Attorney for Defendant Mr. Alvarado-Lozano

---

[1] Attached as Exhibit A is the application that was denied.

# EXHIBIT A

SDC 5500.111A
06/16/06
Attachment D

# MCC SAN DIEGO
## RECORDER/CAMERA APPROVAL FORM

DATE/TIME: 8/1/08

INMATE NAME/REGISTER NUMBER: Alvarado-Lozano, Marcus 23181-112

HOUSING UNIT: D-Unit

I, Juan A. Lopez, a licensed Investigator in the state of CA, with offices at 105 W F St, city of San Diego, state of CA, agree that any tape recording or other recording made, or any photographs taken by me of the above inmate will be used only for official purposes.

Alvarado-Lozano, Marcus
PRINTED NAME OF INMATE        8/01/08
                              DATE

Mark Alvarado
SIGNATURE OF INMATE           8/1/08
                              DATE

[signature]
SIGNATURE OF INTERVIEWER      8/1/08
                              DATE

Denied Pfauedr
~~APPROVAL~~ BY WARDEN/DESIGNEE   8-1-08
                              DATE

Note: Should an emergency arise requiring use of a tape recorder or need for a photograph during other than normal duty hours, the Institution Duty Officer will be notified for approval. This copy will be retained by MCC staff for placement in the inmate's central file.

**CERTIFICATE OF SERVICE**

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

    **Anthony Edward Colombo , Jr**
    anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

    **U S Attorney CR**
    Efile.dkt.gc2@usdoj.gov


Dated: August 1, 2008     *s/ Anthony E. Colombo Jr.*
             ANTHONY E. COLOMBO JR.

             Law Offices of Anthony E. Colombo Jr.
             105 West F Street, Third Floor
             San Diego, California 92101-6036
             (619) 236-1704 (tel)
             (619) 236-1852 (fax)
             email: anthonycolombolegal@yahoo.com